IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02301-WYD-CBS

SAMSONITE CORPORATION, a Delaware corporation,

    Plaintiff,

v.

TARGUS GROUP INTERNATIONAL, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice filed April 18, 2006.  The Court, having reviewed the Stipulated Motion and being fully advised in the premises,

ORDERS that the Stipulated Motion to Dismiss With Prejudice is **GRANTED**.  In accordance therewith, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney's fees.

Dated:  April 18, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge